UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                        CASE NO. 04 B 13010
    GEORGE P COLEY
    PAMELA K COLEY                            CHAPTER 13

                                              JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-2319      SSN XXX-XX-2345
```

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 04/02/04 and confirmed on 06/16/04.

     2.   The plan is paid in full.

     3.   The Debtor paid a total of $  31990.86 .

     4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST FEDERAL SAVINGS BA | CURRENT MORTG | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | 16637.78 | 1209.68 | 16637.78 |
| HARRIS BANK CONSUMER LOA | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 26507.26 | .00 | 7687.11 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 15090.26 | .00 | 4376.18 |
| HELP SERVICE GROUP | UNSECURED | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2322.71 | .00 | 673.59 |
| HELP SERVICE GROUP | UNSECURED | .00 | .00 | .00 |
| MORRIS ANESTHESIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| SURESH BHALLA MD | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | .00 | .00 | .00 |

                Summary of disbursements:
--------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 16637.78 | .00 | 43920.23 | .00 | 60558.01 |
| PRINCIPAL PAID | 16637.78 | .00 | 12736.88 | .00 | 29374.66 |
| INTEREST PAID | 1209.68 | .00 | .00 | .00 | 1209.68 |
| TOTAL PAID | 17847.46 | .00 | 12736.88 | .00 | 30584.34 |

The Debtor's attorney, STUART B HANDELMAN          , was allowed $   2200.00
and was paid $   2200.00  direct and $       .00  through the plan.

The Trustee received $   1406.52 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability
in this case.


        Dated: 03/13/09                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE












                                PAGE  2
        CASE NO. 04 B 13010 GEORGE P COLEY & PAMELA K COLEY